Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**   FORM 3

| NURA USA, LLC |
| :--- |
| Plaintiff, |
| v. |
| UNITED STATES, |
| Defendant. |

SUMMONS 24-182

TO: The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano
Clerk of the Court

1. NURA USA, LLC is a United States importer of subject merchandise and therefore an interested party within the meaning of 19 U.S.C. § 1516a(f)(3) and 1677(9)(A), and 28 U.S.C. § 2631(k)(1). NURA USA, LLC has standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c), as it participated in the investigations that gave rise to the contested final determinations.

   (Name and standing of plaintiff)

2. NURA USA, LLC contests the final determinations of the U.S. International Trade Commission ("Commission") in the antidumping and countervailing duty investigations of Certain Pea Protein From the People's Republic of China, including the finding related to critical circumstances.

   (Brief description of contested determination)

3. The Commission issued the Final Determinations on August 15, 2024.
   (Date of determination)

4. The contested determinations were published in the Federal Register on August 21, 2024. *See Certain Pea Protein From China*, 89 Fed. Reg. 67,671 (Int'l Trade Commission Aug. 21, 2024). The corresponding antidumping and countervailing duty orders were published on August 26, 2024. *Certain Pea Protein From the People's Republic of China: Antidumping and Countervailing Duty Orders*, 89 Fed. Reg. 68,390 (Dep't Commerce Aug. 26, 2024).
   (If applicable, date of publication in Federal Register of notice of contested determination)

Signature of Plaintiff's Attorney

September 25, 2024
Date

Name, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

Jeffrey I. Kessler
WILMER CUTLER PICKERING HALE AND DORR LLP
2100 Pennsylvania Avenue NW Washington, DC 20037
(202) 663-6612
Jeffrey.Kessler@wilmerhale.com

SEE REVERSE SIDE

Form 3-2

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)