**UNITED STATES COURT OF INTERNATIONAL TRADE**

NURA USA, LLC,

      Plaintiff,

and

JIANYUAN INTERNATIONAL CO., LTD.,
SHANDONG YUWANG ECOLOGICAL
FOOD INDUSTRY CO., LTD., LINYI
YUWANG VEGETABLE PROTEIN CO.,
LTD., YANTAI ORIENTAL PROTEIN
TECH CO., LTD., and JIUJIANG
TIANTAI FOOD CO., LTD.,

      Consolidated Plaintiffs,

v.

UNITED STATES,

      Defendant,

and

PURIS PROTEINS, LLC,

      Defendant-Intervenor.

Before: Lisa W. Wang, Judge

Court No. 24-00182

**JUDGMENT**

    This case having been submitted for decision; and the court, after due deliberation,

having rendered its opinion, and now in conformity with that opinion, it is hereby:

    **ORDERED** that Plaintiff's motion for judgment on the agency record is **DENIED**;

    **ORDERED** that Consolidated Plaintiffs' motion for judgment on the agency record

is **DENIED**; and

Court No. 24-00182                                                                                    Page 2

     **ORDERED** that the Commission's final affirmative critical circumstances determination is sustained.

/s/     Lisa W. Wang
Judge

Dated: August 5, 2026
      New York, New York