

UNITED STATES COURT OF INTERNATIONAL TRADE
1 Federal Plaza
New York, NY 10278

CHAMBERS OF
LISA W. WANG
JUDGE

August 5, 2026

Via CM/ECF

Re: <u>Nura USA, LLC v. United States and Puris Proteins, LLC</u>
Consol. Court No. 24-00182

To All Counsel:

It is my intention to issue a public version of the opinion in the above-captioned proceeding on or before Friday, September 4, 2026. The court has double-bracketed information that was designated as confidential in the underlying record. However, out of an abundance of caution, I would like you to review the opinion and inform the court by Friday, August 28, 2026, in writing, whether: (1) any information not already in brackets is confidential and should be double-bracketed in the public version; or (2) any information already in brackets is not confidential and should not be double-bracketed in the public version. If you do believe any additional information should or should not be redacted from the public version, please state the basis for your belief.

Thank you for your assistance.

Very truly yours,

/s/     Lisa W. Wang
Lisa W. Wang, Judge