Bristol

The Bristol Group PLLC
1707 L Street, NW
Suite 1050
Washington, D.C. 20036
202-991-2700
www.bristolgrouplaw.com

Adam H. Gordon
202-991-2701
adam.gordon@bristolgrouplaw.com

August 25, 2026

**PUBLIC DOCUMENT**

**BY ELECTRONIC FILING**

The Honorable Lisa W. Wang
Court of International Trade
1 Federal Plaza
New York, New York 10278

**Re:** ***NURA USA, LLC v. United States*, Court no. 24-00182: Bracketing of Confidential Slip Opinion 26-85**

Your Honor,

On behalf of Defendant-Intervenor PURIS Proteins LLC d/b/a PURIS ("PURIS") and per the letter filed by Judge Wang on August 5, 2026, we hereby inform the Court that after review, we believe no additional bracketing is necessary for Confidential Slip Opinion 26-85. However, we agree that the two instances of material identified in the Defendant's August 25, 2026 letter may be unbracketed.

Respectfully submitted,

*/s/ Adam H. Gordon*
Adam H. Gordon, Esq.
Benjamin J. Bay, Esq.
Scott D. McBride, Esq.
**THE BRISTOL GROUP PLLC**

*Counsel to Defendant-Intervenor PURIS*